SHAVITZ law group

-

November 2, 2026

Granted; the conference and deadline for submitting a proposed case management plan and schedule will be rescheduled.

SO ORDERED:

11/2/2026

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

**Via ECF**
The Honorable Robert W. Lehrburger
U.S District Court, Southern District of New York
500 Pearl Street, Room 1960
New York, New York 10007

**Re:** ***Webster v. Teachers Insurance and Annuity Association of America*, Case No. 1:26-cv-06884**

Dear Judge Lehrburger:

We represent Plaintiff in the above-referenced action. Plaintiff respectfully requests (1) an extension of time for the parties to submit their proposed Civil Case Management Plan and Scheduling Order, and (2) continuance of the Initial Pretrial Conference currently scheduled for November 16, 2026.

Plaintiff filed her Collective and Class Action Complaint (the "Complaint") on August 12, 2026. (ECF No. 1). Pursuant to Defendant's Waiver of the Service of Summons, Defendant's response to the Complaint is due on November 10, 2026. (ECF No. 9). Defendant has not yet appeared in this action. Following preliminary conferral between the parties, Plaintiff has agreed to file an amended complaint dropping counts four and five of the current complaint (without prejudice) to avoid unnecessary pre-answer motion practice. And thus, Defendant will not be formally appearing and filing an answer until after Plaintiff files her amended complaint.

Pursuant to the Court's Notice of Hearing entered on October 21, 2026 (ECF No. 10), the parties are required to submit a proposed Civil Case Management Plan and Scheduling Order by November 9, 2026, and the Initial Pretrial Conference is scheduled for November 16, 2026. As currently scheduled, the parties' proposed Civil Case Management Plan and Scheduling Order is due before Defendant's deadline to appear and respond to the current Complaint; and certainly will be due well in advance of Defendant's deadline to respond to Plaintiff's soon-to-be-filed amended Complaint.

Accordingly, Plaintiff respectfully requests that the Court extend the deadline for the parties to submit their proposed Civil Case Management Plan and Scheduling Order to twenty-one (21) days following Defendant's filing of its response to the operative Complaint; and 2) continue the Initial Pretrial Conference currently scheduled for November 16, 2026 to a date convenient for the Court that is no earlier than twenty-eight (28) days after Defendant files its response to the Complaint (which, Plaintiff respectfully suggests be scheduled for some time in late January 2027

to permit Defendant an opportunity to file an Answer and the parties to otherwise confer thereafter on a proposed Case Management Plan and Scheduling Order).

Plaintiff's request is for good cause and not for purposes of delay. The requested relief will allow the parties to confer on and prepare a proposed Civil Case Management Plan following Defendant's appearance in this action.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Paolo C. Meireles*

Paolo C. Meireles

cc: All Counsel of Record (via ECF)